259 So.2d 921

**Leroy NESSMITH**

v.

**CENTRAL LOUISIANA ELECTRIC COMPANY, Inc., et al.**

No. 52327.

April 11, 1972.

259 So.2d 920

**Wiley Leo FUTRELL**

v.

**HARTFORD ACCIDENT & INDEMNITY COMPANY.**

No. 52330.

April 11, 1972.

On the facts found by the Court of Appeal, we find no error of law in its judgment.

TATE and DIXON, JJ., dissent from the refusal.